JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
RICHARD B. CASPER
Nevada Bar No. 8980
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Richard.Casper@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KURTIS LEE SOLOMON,<br><br>    Defendant. | Case No.  3:22-cr-00022-RCJ-CSD<br><br>**STIPULATION TO CONTINUE RESPONSE AND REPLY DEADLINES**<br><br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between James M. Frierson, United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and CHRISTOPHER FREY, Assistant Federal Public Defender, counsel for KURTIS LEE SOLOMON, that the government shall have to and including **May 9, 2023**, to file a response to the defendant's Motion to Suppress (ECF No. 26), filed on April 21, 2023.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the defendant shall have to and including **May 16, 2023**, to file a reply to the government's response.

This is the first stipulation to continue the response deadline. Counsel is requesting additional time to file a response mindful of the current trial date of June 5, 2023, at 8:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 4th day of May 2023.

| | |
|---|---|
| JAMES M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Richard Casper*<br>By:_____<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the United States | */s/ Christopher Frey*<br>By:_____<br>CHRISTOPHER FREY<br>Assistant Federal Public Defender<br>Counsel for Kurtis Lee Solomon |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the government shall have to and including **May 9, 2023,** file the response to Defendant's Motion to Suppress, and the defendant shall have to an including **May 16, 2023**, to file a reply, if any.

DATED this 8th of May, 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE