**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KURTIS LEE SOLOMON, )<br>)<br>Defendant. )<br>) | 3:22-cr-00022-RCJ-CSD<br><br>**ORDER** |

    Pending before the Court is the Report & Recommendation of United States Magistrate Judge, (Dkt. 49), entered by the Honorable Craig S. Denney regarding Defendant, Kurtis Lee Solomon's, Motion to Suppress, (Dkt. 26).  Objections were filed to Magistrate Judge Denney's Report & Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.  (Dkt. 54).  The United States filed a Response, (Dkt. 58), and Defendant filed a Reply,[1] (Dkt. 59-1), and the matter was submitted for consideration.

---

[1] Defendant filed, unopposed, a Motion for Leave to File Reply in Support of Objections, (Dkt. 59), to which his Reply was attached, (*see* Dkt. 59-1).  The Court has considered Defendant's Reply in reviewing this case.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §§ 636(b)(1)(B) and (C) and Local Rule IB 3-2, and the Court determines that the Report & Recommendation of Magistrate Judge Denney should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Denney's Report & Recommendation, (Dkt. 49), is ACCEPTED and ADOPTED. Defendant's Motion to Suppress, (Dkt. 26), is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Leave to File Reply in Support of Objections, (Dkt. 59), is GRANTED.

Dated September 11, 2023.

_____
ROBERT C. JONES
United States District Judge