**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00022-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND TIME TO FILE REBUTTAL EXPERT NOTICE** |
| KURTIS LEE SOLOMON, aka "Kurtis Lee Soloman," aka "Kurt Lee Solomon," | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Jason M. Frierson, United States Attorney for the District of Nevada, Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Christopher P. Frey, Assistant Federal Public Defender, counsel for Defendant Kurtis Lee Solomon, to extend the time in which the Government's Rebuttal Expert Notice is due from April 19, 2024, to May 3, 2024.[1] This is the first request for such an extension. Trial is currently set for June

---

[1] The parties' expert notice deadlines are set forth in ECF 62.

1

3, 2024. The additional time requested for the filing of rebuttal expert notice is requested mindful of the current trial date of June 3, 2024, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: April 19, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney | */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for Kurtis Lee Solomon |

IT IS SO ORDERED.

DATED: This 22nd day of April, 2024.

HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE