**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:22-cr-00022-ART-CSD |
| Plaintiff, | |
| vs. | **Protective Order** |
| KURTIS LEE SOLOMON, | |
| Defendant. | |

The Court has considered the government's Unopposed Motion for Entry of a Protective Order restricting the use and dissemination of materials related to reports containing prior allegations of sexual abuse involving a complainant who was a minor at the time (hereinafter "protected information"). The Court, finding good cause, hereby ORDERS as follows:

    a. Defined terms:

        i. The "defense team" in this matter includes only counsel of record (current and future) for the defendant, and any investigators, hired experts, and employees of defense counsel assigned to this case. The term "defense team" does not include any person or entity not specifically identified herein, and thus does not include the defendant, any of the defendant's family members or any other associates of the defendant;

        ii. The "protected information" includes the following discovery, identified by bates stamp number:

            1. USAO 000251-000258 Lemhi County Sheriff's Office Reports

        iii. To the extent there is evidence produced in the future in this case that would fall within the parameters of the protected information identified herein, the

government will identify those particular items in writing to the defense by bates stamp number and clearly mark them as "Confidential – Subject to Protective Order;"

b. the defense team shall not allow the defendant to review the protected information unless under the direct supervision of a member of the defense team;

c. the defense team shall not make or provide copies of the protected information or allow copies of any kind to be made for or provided to the defendant, the defendant's family or associates, or any other person;

d. use the protected information for any purpose other than preparing to defend against the charges in the indictment or any further superseding indictment arising out of this case;

e. defendant's counsel of record shall advise all members of the defense team of their obligations under the Protective Order; and

f. defendant's counsel shall instruct the defendant that they shall not produce or divulge the protected information or the content thereof to any other person and that doing so would constitute a violation of a Court Order.

IT IS SO ORDERED.

November 7, 2024
DATE

HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE