**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KURTIS LEE SOLOMON,<br><br>        Defendant. | Case No. 3:22-cr-00022-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO RENEWED MOTION FOR JUDGMENT OF ACQUITTAL OR, ALTERNATIVELY, NEW TRIAL [ECF #194]**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through JASON M. FRIERSON, United States Attorney for the District of Nevada, ANDREW KEENAN and ANDOLYN JOHNSON, Assistant United States Attorneys, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, CHRISTOPHER FREY and SEAN MCCLELLAND, Assistant Federal Public Defenders, counsel for Defendant Kurtis Lee Solomon, to extend the time in which the Government's Response to the Defendant's Renewed Motion for Judgment of Acquittal or, Alternatively, New Trial [ECF #194] is due from January 21, 2025, to **January 24, 2025**. Defendant's Replies to the Government's Response would be then due on **January 31, 2025**. This is the first request for

an extension. Trial is currently set for February 11, 2025. Government counsel is respectfully requesting an additional three days to file its response due to government counsel's other obligations and travel. As such, the parties are stipulating to a short extension of the Government's response due from January 21, 2025, to **January 24, 2025**. Additionally, the parties are stipulating that Defendant will have until **January 31, 2025**, to file his reply. The additional time requested for the filing the response is requested mindful of the current trial date of February 11, 2025, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: January 14, 2025.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney | /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for Kurtis Lee Solomon |

IT IS SO ORDERED.

DATED: This 15th day of January, 2025.

HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE