UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KURTIS LEE SOLOMON,<br><br>        Defendant. | Case No. 3:22-cr-00022-ART-CSD<br><br>**ORDER TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for KURTIS LEE SOLOMON and SUE FAHIMI, Acting United States Attorney, and ANDREW KEENAN, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for March 11, 2025, at 11:00 AM, be vacated and continued to April 9, 2025, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Solomon is on bond and consents to the continuance. Specifically, Mr. Solomon was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 28th day of February, 2025.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Christopher P. Frey  
CHRISTOPHER P. FREY  
Assistant Federal Public Defender  
Counsel for KURTIS LEE SOLOMON

SUE FAHIMI  
Acting United States Attorney

By /s Andrew Keenan  
ANDREW KEENAN  
Assistant United States Attorney  
Counsel for the Government

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for March 11, 2025, at 11:00 AM, be vacated and continued to **April 9, 2025, at 11:00 AM.**

DATED this __28th__ day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

3