UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KURTIS LEE SOLOMON,<br><br>　　　　Defendant. | Case No. 3:22-cr-00022-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for KURTIS LEE SOLOMON and SUE FAHAMI, Acting United States Attorney, and ANDREW KEENAN, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for April 9, 2025, at 11:00 AM, be vacated and continued to April 23, 2025, at 11:00 AM.

///

///

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Solomon is on bond and consents to the continuance. Specifically, Mr. Solomon was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the second request for continuance of the sentencing hearing.

DATED this 1st day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By  /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for KURTIS LEE SOLOMON | By  /s Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for April 9, 2025, at 11:00 AM, be vacated and continued to **April 23, 2025, at 11:00 AM.**

DATED this 1st day of April, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE