UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KURTIS LEE SOLOMON,<br><br>    Defendant. | Case No. 3:22-cr-00022-ART-CSD<br><br>**Order Granting Motion to Dismiss Count One of the Superseding Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice Count One of the Superseding Indictment against Defendant Kurtis Lee Solomon.

SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Andrew Keenan
ANDREW KEENAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 19th day of November, 2025.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE