| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | 3:22-cr-00022-ART-CSD |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Nevada | U.S. Probation Office |
| Kurtis Lee Solomon | NAME OF SENTENCING JUDGE | |
| Plainview, Arkansas 72857 | Anne Rachel Traum | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- | --- |
| | | 1/12/2026 | 1/11/2036 |

OFFENSE
18 USC 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Permanent residence / prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____    DISTRICT OF _____Nevada_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Arkansas _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 28, 2026
*Date*

*Anne. R. Traum, United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____    DISTRICT OF ____Arkansas____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 3, 2026
*Effective Date*

*United States District Judge*