**United States District Court**
**District of Nevada**

United States of America,

        Plaintiff,

    v.

Kurtis Solomon,

        Defendant.

Case No. 3: 22-cr-00022-ART-CSD

**ORDER GRANTING**
**UNOPPOSED MOTION (ECF No. 313)**

It is hereby ordered that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Kurtis Solomon and counsel for the United States of America.

Dated: May 7, 2026.

_____

ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE